**MEMO ENDORSED** Case 1:16-cv-04513-KPF   Document 22   Filed 01/08/18   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 8, 2018



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, STE. 400
NEW YORK, NY 10281-1022

PHILIP MOUSTAKIS
SENIOR COUNSEL
212-336-0542
moustakisp@sec.gov

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   <u>SEC v. Stefan Lumiere, 16 Civ. 4513 (KPF)</u>

Dear Judge Failla:

The parties respectfully request an adjournment of the upcoming date in this action.

The staff of the Securities and Exchange Commission ("Commission") and Mr. Lumiere have reached an agreement in principle to resolve all of the Commission's claims in this action. However, the agreement is subject to approval by the Commission. To allow the staff to obtain Commission approval and, once approved, submit the proposed judgment to the Court for consideration, the parties respectfully request the Court adjourn this matter for approximately sixty days.

Very truly yours,

*Philip Moustakis*
Philip Moustakis

cc:   Jeffrey Einhorn, Counsel to Stefan Lumiere (via email)

```
Application GRANTED.  The conference previously scheduled in this
case for January 11, 2018, is hereby ADJOURNED to March 12, 2018,
at 3:30 p.m.
```

Dated:  January 8, 2018
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE